DAVIS WRIGHT TREMAINE LLP
1740 Broadway
New York, New York 10019
Telephone: (212) 489-8230
Fax: (212) 489-8340

Of Counsel:
VICTOR A. KOVNER (Admitted Pro Hac Vice)
EDWARD J. DAVIS (Admitted Pro Hac Vice)
GREGORY A. WELCH (Admitted Pro Hac Vice)

DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)

Attorneys for Defendants
BOB GUCCIONE, JR. and
GUCCIONE MEDIA, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SPELLING,<br><br>    Plaintiff,<br><br>vs.<br><br>BOB GUCCIONE, JR., GEAR, INC., GUCCIONE MEDIA, L.L.C. and DOES 2 through 50,<br><br>    Defendants. | Case No. CV-00-02876 FMC (Mcx)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action through their respective undersigned attorneys, that the

---

STIPULATION OF DISMISSAL WITH PREJUDICE
::ODMA\PCDOCS\LKK\72996\1

i

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

1  above-captioned action is hereby dismissed with prejudice. Each party shall bear its own
2  costs.
3  Dated: December __, 2000
4
5  DAVIS WRIGHT TREMAINE LLP                    GREENBERG GLUSKER FIELDS
                                                CLAMAN & MACHTINGER LLP
6
7  By: _____            By: _____
       Victor A. Kovner                             Robert S. Chapman
8
9  1740 Broadway                                1900 Avenue of the Stars
   New York, New York 10019                     Los Angeles, California 90067
   (212) 489-8230                               (310) 553-3610
10
   Attorneys for Defendants                     Attorneys for Plaintiff
11 Bob Guccione, Jr. and
   Guccione Media, L.L.C.
12
13
   SO ORDERED.
14 _____                JAN - 4 2001
15 U.S.D.J.
16
17
18
19
20
21
22
23
24
25
26
27
28

ii
STIPULATION OF DISMISSAL WITH PREJUDICE
::ODMA\PCDOCS\LKK\72996\1